UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CIVIL ACTION NO. 6:06-CV-548 DCR

*ELECTRONICALLY FILED*

WILLIAM HARRIS ASHER, ET AL.                                              PLAINTIFFS

v.            **RULE 26(e) SUPPLEMENTAL DISCLOSURE**

UNARCO MATERIAL HANDLING, INC., AND ATLAS
MATERIAL HANDLING                                                         DEFENDANTS
RACK CONVEYOR INSTALLATIONSTHIRD-PARTY DEFENDANT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

    Come the Plaintiffs, Donald Greg Wells and Sherri Lorraine Wells, by counsel and for their Rule 26(e) Supplemental Disclosure, states as follows:

**Individuals with Discoverable Information:**

1. All individuals previously identified by the Plaintiffs and/or Defendants in this case;

2. All medical providers listed in Greg Wells' medical records, including but not limited to the following:

   a.  Jaxie D. Maxey, M.D.
       1900 E. Hal Rodgers Parkway
       London, KY 40741

   b.  William J. Lester, M.D.
       Kentucky Back Center
       803 Meyers Road, Suite 120
       London, KY 40741

   c.  Joseph R. Berger, M.D.
       Department of Neurology
       University of Kentucky Medical Center
       Kentucky Clinic, L445, Wing D
       Lexington, KY 40536-0284

   d.  Tarvez Tucker, M.D.
       Department of Neurology
       University of Kentucky Medical Center
       Kentucky Clinic, L445, Wing D

        Lexington, KY 40536-0284

f.    Willem J.S. de Villiers, M.D., Ph.D.
     University of Kentucky Medical Center
     800 Rose Street, Rm MN649
     Lexington, KY 40536-0001

g.    Michelle L. Mattingly, Ph.D.
     Department of Neurology
     University of Kentucky Medical Center
     Kentucky Clinic, L445, Wing D
     Lexington, KY 40536-0284

g.    Fred Schmitt, Ph.D.
     Department of Neurology
     University of Kentucky Medical Center
     Kentucky Clinic, L445, Wing D
     Lexington, KY 40536-0284

h.    Brian A. Greenlee, M.D.
     Bluegrass Oakwood, Inc.
     2441 S. Hwy, 27
     Somerset, KY 42501

i.    Pramod Reddy, M.D.
    45 Moonbow Plaza
    Corbin, KY 40701

j.    Melissa Wilson
    Physical Therapist
    Cardinal Hill Rehabilitation Hospital
    2050 Versailles Road
    Lexington, KY 40504

k.    Charlie Yonts
    Counselor/Therapist
    Cumberland River Comprehensive Care Center
    915 N. Laurel Rd.
    Pittsburg, KY 40755

l.    Dr. Barbara Belew
    Psychology Center for the Cumberlands
    1200 East Master Street
    Corbin, KY 40701

3. C. Christopher Allen, Ph.D., P.S.C.
   Licensed Clinical Psychologist
   111 Dennis Drive
   Lexington, KY 40503

4. Jessie Lewis
   OSHA Investigator
   Kentucky Department of Labor
   1047 U.S. 127 South, Suite 4
   Frankfort, KY 40601

5. Col. William H. Ritchie, USMC
   47 Partridge Cir.
   Beaufort, SC 29907
   *Greg Wells' Commanding Officer while Greg served as a legal administrative clerk for Marine Wing Support Squadron 273. Letter of Recommendation for Greg Wells written by Col. W. H. Ritchie is contained within Exhibit 3 of Greg Wells' deposition. Col. William H. Ritchie has knowledge of Greg's physical condition, knowledge and abilities before he was exposed to carbon monoxide.*

6. Brandi Coomer
   35 Pinnacle Pointe Dr.
   Somerset, KY 42503
   *Ms. Coomer taught Greg at Somerset Community College. She has knowledge of the type of student Greg was before the carbon monoxide exposure and has knowledge of how the exposure has affected him.*

7. Stephen Kappeler
   Eastern Kentucky University
   College of Justice & Safety
   Department of Criminal Justice and Police Studies
   One Pennington Way
   Corbin, KY 40701
   *Mr. Kappeler was one of Greg's professors at Eastern Kentucky University. He has knowledge of the type of student Greg was before the carbon monoxide exposure and has knowledge of how the exposure has affected him.*

8. Teresa Hinkle
   791 McQuarter Victory Road
   London, KY 40741
   *Ms. Hinkle is Greg Wells' friend who took notes for him and tutored him after the carbon monoxide exposure.*

9. Charlie & Melinda Brock
   1210 Matt Baker Rd.
   London, KY 40744

*Greg Wells' sister and brother-in-law. Both have knowledge of how the carbon monoxide exposure has affected Greg.*

10. Donald & Ruth Wells
    206 Sampson St.
    Corbin, KY 40741
    *Greg Wells' parents. Both have knowledge of how the carbon monoxide exposure has affected Greg.*

**Exhibits**:

1. Greg Wells' production records

2. Greg Wells' statement of earnings and deductions

3. Greg Wells' Associate Evaluation Form

4. Greg Wells' Associate Statement Workplace Incident Reports

5. Greg Wells' medical records

6. Greg Wells' medical bills

7. Greg Wells' employee personnel file

8. Greg Wells' Wal-Mart performance reports

9. OSHA letters written by Greg Wells

10. Greg Wells' school tutors' letters

11. Statement of Teresa Hinkle

12. Statement of Stephen Kappeler

13. Greg Wells' Marine Corps Records

14. Letter from Warren Scoville to Captain Finley dated October 4, 2001

15. Greg Wells' Kentucky State Police pre-employment records and letters

16. Wal-Mart white slips

17. Production spike Records

18. All Pleadings in this case

19. Any and all depositions taken in this case, as well as all accompanying exhibits

20. Greg Well's drivers license

21. Greg Wells' Social Security Card

22. Greg Wells' & Sherri Wells' Marriage Certificate

23. Any and all Wal-Mart records provided for Greg Wells

24. Greg Wells' EKU records/transcript

25. Greg Wells' Somerset Community College records/transcript

26. Greg & Sherri Wells' tax returns

27. EKU Disability documents

28. Requests for Leave of Absence

29. Photographs of Greg Wells and his family

30. Greg Wells' diary notes

31. Any and all exhibits disclosed by any other party

Respectfully submitted,

BY:  /s/ B. Clark Batten, II
Stephen M. O'Brien, III
sobrien@garmerobrien.com
B. Clark Batten, II
cbatten@garmerobrien.com
Garmer & O'Brien, LLP
141 North Broadway
Lexington, Kentucky  40507
Telephone:  (859) 254-9352
Facsimile:   (859) 233-9769

Matthew Mazur
Matthew Mazur, P.A.
2655 Le Jeune Road, Suite 500
Coral Gables, FL 33134
Telephone:  (786) 206-4788
Facsimile:   (786) 347-6042
Email:  mmazurjr@mazur-law.com

Counsel for Plaintiffs, Donald Greg Wells
& Sherri Lorraine Wells

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Don Russo                         drusso@russopa.com
Lynn L. Audie                     laudie@russopa.com
Steven Cornman                    scornman@russopa.com
Elizabeth Russo                   ekr@russoappeals.com
Craig Montz                       clm@russoappeals.com
Thomas K. Herren                  tom.herren@herrenadams.com
Todd Page                         todd.page@skofirm.com
Amy Denise Cubbage                acubbage@fbtlaw.com
Charles S. Cassis                 ccassis@fbtlaw.com
Douglas W. Langdon                dlangdon@fbtlaw.com
Diana P. Sisum                    dpsisum@dmvlawfirm.com
Francis J. Deasey                 fjdeasey@dmvlawfirm.com
Gerald J. Valentini               gvletini@dmvlawfirm.com
Brandon C. Jones                  bjones@hmrkylaw.com
Marcia Milby Ridings              mmridings@hmrkylaw.com

BY:    /s/ B. Clark Batten, II
Stephen M. O'Brien, III
 sobrien@garmerobrien.com
B. Clark Batten, II
cbatten@garmerobrien.com
Garmer & O'Brien, LLP
141 North Broadway
Lexington, Kentucky  40507
Telephone:  (859) 254-9352
Facsimile:   (859) 233-9769

 Matthew Mazur
Matthew Mazur, P.A.
2655 Le Jeune Road, Suite 500
Coral Gables, FL 33134
Telephone:  (786) 206-4788
Facsimile:   (786) 347-6042
Email:  mmazurjr@mazur-law.com

Counsel for Plaintiffs, Donald Greg Wells
& Sherri Lorraine Wells