UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CIVIL ACTION NO. 6:06-CV-548 DCR

*ELECTRONICALLY FILED*

WILLIAM HARRIS ASHER, ET AL.                                    PLAINTIFFS

v.           **RULE 26(e) SUPPLEMENTAL DISCLOSURE**

UNARCO MATERIAL HANDLING, INC., AND ATLAS
MATERIAL HANDLING                                               DEFENDANTS
RACK CONVEYOR INSTALLATIONSTHIRD-PARTY DEFENDANT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Come the Plaintiffs, Donald Greg Wells and Sherri Lorraine Wells, by counsel and for their Rule 26(e) Supplemental Disclosure, states as follows:

**Individuals with Discoverable Information:**

1.   Karl Mobley, Au. D.
     Communicative Disorders
     Chandler Medical Center
     University of Kentucky
     740 S. Limestone
     Lexington, KY 40536-0284
     859-257-3390

**Exhibits**:

1. Computerized Dynamic Posturography Report from Dr. Karl Mobley, (Attached as "Exhibit A") dated 05/15/08.

                                        Respectfully submitted,

                                        BY:  /s/ B. Clark Batten, II
                                         Stephen M. O'Brien, III
                                         sobrien@garmerobrien.com
                                         B. Clark Batten, II
                                         cbatten@garmerobrien.com
                                         Garmer & O'Brien, LLP
                                         141 North Broadway
                                         Lexington, Kentucky  40507
                                         Telephone:  (859) 254-9352
                                         Facsimile:   (859) 233-9769

           Matthew Mazur
Matthew Mazur, P.A.
2655 Le Jeune Road, Suite 500
Coral Gables, FL 33134
Telephone:  (786) 206-4788
Facsimile:   (786) 347-6042
Email:  mmazurjr@mazur-law.com

Counsel for Plaintiffs, Donald Greg Wells
& Sherri Lorraine Wells

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Don Russo | drusso@russopa.com |
| Lynn L. Audie | laudie@russopa.com |
| Steven Cornman | scornman@russopa.com |
| Elizabeth Russo | ekr@russoappeals.com |
| Craig Montz | clm@russoappeals.com |
| Thomas K. Herren | tom.herren@herrenadams.com |
| Todd Page | todd.page@skofirm.com |
| Amy Denise Cubbage | acubbage@fbtlaw.com |
| Charles S. Cassis | ccassis@fbtlaw.com |
| Douglas W. Langdon | dlangdon@fbtlaw.com |
| Diana P. Sisum | dpsisum@dmvlawfirm.com |
| Francis J. Deasey | fjdeasey@dmvlawfirm.com |
| Gerald J. Valentini | gvletini@dmvlawfirm.com |
| Brandon C. Jones | bjones@hmrkylaw.com |
| Marcia Milby Ridings | mmridings@hmrkylaw.com |

BY:    /s/ B. Clark Batten, II
Stephen M. O'Brien, III
 sobrien@garmerobrien.com
B. Clark Batten, II
cbatten@garmerobrien.com
Garmer & O'Brien, LLP
141 North Broadway
Lexington, Kentucky  40507
Telephone:  (859) 254-9352
Facsimile:   (859) 233-9769

Matthew Mazur
Matthew Mazur, P.A.
2655 Le Jeune Road, Suite 500
Coral Gables, FL 33134
Telephone: (786) 206-4788
Facsimile: (786) 347-6042
Email: mmazurjr@mazur-law.com

Counsel for Plaintiffs, Donald Greg Wells
& Sherri Lorraine Wells