**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

*ELECTRONICALLY FILED*

WILLIAM HARRIS ASHER et al.,                                          NO. 6:06-CV-548 DCR

      Plaintiffs,

v.

UNARCO MATERIAL HANDLING, INC.,
a Tennessee corporation;

      Defendant.
_____/

\* \* \* \* \* \* \* \*

**PLAINTIFFS ASHER, ET AL'S FIRST REVISED JURY INSTRUCTIONS**

Come the plaintiffs, William Asher, Et Al, by counsel, pursuant to FRCP 51, and respectfully submit the attached first revised jury instructions to be used at the trial of this matter. Preliminarily, by tendering these instructions, plaintiffs do not wish to imply or concede that there is a jury issue concerning the violations of duties by the defendants. Specifically, both Federal and Kentucky regulations, OSHA and KOSHA, prohibit the use of a generator in a confined space without first measuring the carbon monoxide output; prohibit the use of a generator in a confined space without ventilation; and prohibit the contamination of confined spaces with the level of carbon monoxide parts per million in the ambient air to the extent proved and/or admitted by defense experts in this case. Plaintiffs submit that the jury instructions should be that the Court has found that defendants violated each of the above respective duties, and the only question is whether the violation was a substantial factor in causing injury/illness to the

plaintiffs. Plaintiffs respectfully reserve the right to alter or amend these instructions at any time before the case is submitted to the jury.

        Respectfully submitted,

        RUSSO APPELLATE FIRM, P.A.
        6101 Southwest 76th Street
        Miami, FL  33143

        Telephone (305) 666-4660
        Facsimile (305) 666-4470

        and

        DON RUSSO, P.A.
        7990 Red Road
        Miami, FL  33143
        Telephone (305) 665-7171
        Facsimile (305) 665-7146

        and

        HERREN & ADAMS
        148 N. Broadway
        Lexington, KY  40507
        Telephone (859) 254-0024
        Facsimile (859) 254-5991

        /s/ Thomas K. Herren_____
        THOMAS K. HERREN
        ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

     On November 24, 2008, I electronically filed this document through the ECF system, which will send a notice of electronic filing to:  Charles S. Cassis, Esq. (ccassis@fbtlaw.com) Douglas W. Langdon, Esq. (dlangdon@fbtlaw.com), Todd S. Page, Esq., (todd.page@skofirm.com), Brandon C. Jones (bjones@hmrkylaw.com), Gerald J. Valentini, Esq. (gvalentini@dmvlawfirm.com), and Stephen M. O'Brien, III, Esq. (sobrien@garmerobrien.com).

        /s/ Thomas K. Herren
        THOMAS K. HERREN
        ATTORNEY FOR PLAINTIFFS

        HERREN & ADAMS
        148 N. BROADWAY
        LEXINGTON, KY  40507
        (859) 254-0024
        (859) 254-5991 (fax)
        tom.herren@herrenadams.com

C:\Documents\tkh\pldgs\CAR739.INS(REVISED).doc