AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN               Eastern DISTRICT OF Kentucky               KENTUCKY-SOUTHERN DIV. @ LONDON

FILED

WILLIAM HARRIS ASHER, ET AL          DEC 1 8 2008   **EXHIBIT AND WITNESS LIST**

V.                                    AT LONDON
                                      LESLIE G WHITMER
UNARCO MATERIAL HANDLING, INC.   CLERK U S DISTRICT COURT      Case Number: 6:06-CV-548-ART

| PRESIDING JUDGE | | | | | PLAINTIFFS ATTORNEYS: D. Russo, C. Adams, | DEFENDANT'S ATTORNEYS: T. Page, C. Frazier, |
|---|---|---|---|---|---|---|
| AMUL R. THAPAR | | | | | T. Herren, C. Batten, M. Mazur, S. O'Brien | E. O'Brien, P. Bentley, D. Schwetschenau |
| TRIAL DATES: | | | | | COURT REPORTER | COURTROOM DEPUTY |
| 11/24/08 thru 12/18/2008 | | | | | RHONDA SANSOM | JACKIE BROCK |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| **W1** | | 11/24/08 | | | **HENRY SPILLER, M.S.** | |
| 467d | | 11/24/08 | X | | **DEMONSTRATIVE EX:** Normal Brain Function Graphic | |
| **W2** | | 11/24/08 | | | **GREG WYATT** | |
| 310 | | 11/24/08 | X | X | Miller Bobcat Generator Owner's Manual | |
| 310a | | 11/24/08 | X | X | Visual Inspection/Safety Report and Safety Check-Out | |
| **W3** | | 11/25/08 | | | **MERIEM BENSALEM-OWEN, M.D.** | |
| Wells 34 | | 11/25/08 | X | X | Copy of EEG Report performed on Plff Greg Wells prepared by Dr. Bensalem-Owen | |
| | UDX63 | 11/25/08 | X | X | Mills 0071-0072 - EEG Report | |
| | UDX64 | 11/25/08 | X | X | Marcum 0056 & 0057 - EEG Report | |
| | UDX64 | 11/25/08 | X | X | Da. Penn 0094 (David Pennington) - EEG Report | |
| **W4** | | 11/25/08 | | | **TOUFIC FAKHOURY, M.D.** | |
| 38 | | 11/25/08 | X | | EEG Report on Shade Deaton read by Dr. Fakhoury | |
| 112 | | 11/25/08 | X | | EEG Report on David House read by Dr. Fakhoury | |
| 147 | | 11/25/08 | X | | EEG Report on Timothy Marcum read by Dr. Fakhoury | |
| 161 | | 11/25/08 | X | | EEG Report on Joshua Mills read by Dr. Fakhoury | |
| 282 | | 11/25/08 | X | | EEG Report on Joshua Stacy read by Dr. Fakhoury | |
| **W5** | | 11/25/08 | | | **CURTIS GIVEN, M.D.** | |
| Wells 36 | | 11/25/08 | X | X | Report prepared by Dr. Given regarding MRI performed on Plff Greg Wells | |
| Wells 36a | | 11/25/08 | X | X | MRI images regarding Plff Greg Wells | |
| | UDX64 | 11/25/08 | X | X | Asher 0043 - MRI Report | |
| | UDX63 | 11/25/08 | X | X | Caudill 0052 - MRI Report | |
| | UDX63 | 11/25/08 | X | X | Deaton 0068 - MRI Report | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

✎AO 187A (Rev. 7/87)   **EXHIBIT AND WITNESS LIST – CONTINUATION**

| WILLIAM HARRIS ASHER, ET AL | | vs. | UNARCO MATERIAL HANDLING, INC. | | CASE NO.  6:06-CV-548-ART | |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | UDX63 | 11/25/08 | X | X | Dye 0091 - MRI Report |
| | UDX63 | 11/25/08 | X | X | Dye 0090 - MRI Report |
| | UDX63 | 11/25/08 | X | X | Engle 0143 - MRI Report |
| | UDX63 | 11/25/08 | X | X | Engle 0142 - MRI Report |
| | UDX63 | 11/25/08 | X | X | Faris 0131 - MRI Report |
| | UDX63 | 11/25/08 | X | X | House 0067 - MRI Report |
| | UDX64 | 11/25/08 | X | X | Marcum 0052 - MRI Report |
| | UDX63 | 11/25/08 | X | X | Mills 0069 - MRI Report |
| | UDX64 | 11/25/08 | X | X | Da. Penn 0083 (David Pennington) - MRI Report |
| | UDX64 | 11/25/08 | X | X | Da. Penn 0082 (David Pennington) - MRI Report |
| | UDX63 | 11/25/08 | X | X | De. Penn 0060 (Denver Pennington) -  MRI Report |
| | UDX63 | 11/25/08 | X | X | Sanborn 0045 - MRI Report |
| | UDX64 | 11/25/08 | X | X | Sizemore 0122 - MRI Report |
| | UDX64 | 11/25/08 | X | X | Stacy 0055 - MRI Report |
| | UDX63 | 11/25/08 | X | X | Taylor 0082 - MRI Report |
| | UDX63 | 11/25/08 | X | X | Taylor 0081 - MRI Report |
| | UDX63 | 11/25/08 | X | X | Wells 0117 - MRI Report |
| | UDX63 | 11/25/08 | X | | House 0069 - MRI Report |
| 474 | | 11/25/08 | X | | **DEMONSTRATIVE EXHIBIT**: MRI Scans |
| **W6** | | 11/25/08 | | | **JOSEPH BERGER, M.D.** |
| Wells 42 | | 11/25/08 | X | X | Neurological Clinic Outpatient file for Plff Donald Greg Wells |
| | UDX63 | 11/25/08 | X | X | Collective Exhibit: Dye 0017, 0019, 0069-0071, 0110, 0112, 0088, 0108 |
| | UDX 156-1 | 11/25/08 | X | X | Invoices from Ky Medical Services billed to Don Russo |
| | UDX 156-2 | 11/25/08 | X | X | Summary of Services from UK Dept of Neurology billed to Don Russo |
| | UDX 156-3 | 11/25/08 | X | X | Summary of Services from UK Dept of Neurology billed directly to the patients |
| **W7** | | 12/1/08 | | | **MICHELLE MATTINGLY, Ph.D.** |
| Wells 44 | | 12/1/08 | X | X | Report prepared by Dr. Mattingly regarding evaluation of Plaintiff Greg Wells |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| WILLIAM HARRIS ASHER, ET AL | vs. | UNARCO MATERIAL HANDLING, INC. | CASE NO. 6:06-CV-548-ART |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | UDX 229 | 12/1/08 | X | | Portion of manual for test of memory malingering |
| | UDX 230 | 12/1/08 | X | | Article written by Stephen A. Brock |
| | UDX 232 | 12/1/08 | X | | Handbook |
| | UDX 236 | 12/1/08 | X | | Portion of manul for Cal-Cap test |
| | UDX 227 | 12/1/08 | X | | National Adult Reading Test, Second Edition |
| | UDX 226 | 12/1/08 | X | X | Wechsler Adult Intelligence Scale-III |
| | UDX 233 | 12/1/08 | X | | Excerpt (page 5) of WASI Manual |
| | UDX 237 | 12/1/08 | X | X | Transcript of Academic Record of Greg Wells |
| | UDX 228 | 12/1/08 | X | | Manual for Administration, Scoring and Interpretation |
| **W8** | | 12/1/08 | | | **TONEY DYE** |
| 56 | | 12/1/08 | X | X | Set of medical bills |
| | UDX 142 | 12/1/08 | X | | Punch clock records for Wal-Mart |
| | UDX 181-2-5 | 12/1/08 | X | X | Work evaluation dated January 1, 2003 |
| | UDX 181-2-6 | 12/1/08 | X | X | Work evaluation dated January 1, 2004 |
| | UDX 181-28 | 12/1/08 | X | X | Work evaluation dated January 1, 2005 |
| | UDX 181-210 | 12/1/08 | X | X | Work evaluation dated January 1, 2006 |
| | UDX 181-2-9 | 12/1/08 | X | X | Work evaluation dated January 1, 2007 |
| | UDX 181-2-11 | 12/1/08 | X | X | Commendations received from Wal-Mart |
| | UDX 238 | 12/1/08 | X | X | 2005 Tax Return |
| | UDX 239 | 12/1/08 | X | X | 2006 Tax Return |
| | UDX 240 | 12/1/08 | X | X | 2007 Tax Return |
| | UDX 181(10) | 12/1/08 | X | X | Associate Performance Information Tracking |
| **W9** | | 12/2/08 | | | **LEON PROCKOP, M.D.** |
| **W10** | | 12/2/08 | | | **SIDNEY HOUFF, M.D., Ph.D.** |
| | UDX 1 | 12/2/08 | X | | **DEMONSTRATIVE EXHIBIT:** Chart of Plffs initial visits w/ Drs. Berger & Houff |
| | UDX 63 | 12/2/08 | X | X | House 0151 - Medical record |
| | UDX 73-6 | 12/2/08 | X | | Mr. House date of service 5/11/04 |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| WILLIAM HARRIS ASHER, ET AL | | vs. | UNARCO MATERIAL HANDLING, INC. | | CASE NO. 6:06-CV-548-ART | |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 288 | | 12/2/08 | X | | Medical record for Mr. Taylor (Marked as Plffs' Exhibit, but introduced by Defendant) |
| 2 | | 12/2/08 | X | X | UK medical records re Willie Asher |
| 65 | | 12/2/08 | X | X | UK medical records re Jason Engle |
| 86 | | 12/2/08 | X | X | UK medical records re Sammy Joe Faris |
| 96 | | 12/2/08 | X | X | UK medical records re Sammy Joe Faris |
| 97 | | 12/2/08 | X | X | UK medical records re Sammy Joe Faris |
| 122 | | 12/2/08 | X | X | UK medical records re Timothy Dean Marcum |
| 139 | | 12/2/08 | X | X | UK medical records re Timothy Dean Marcum |
| 146 | | 12/2/08 | X | X | UK medical records re Timothy D. Marcum |
| 171 | | 12/2/08 | X | X | UK medical records re David Pennington |
| 197 | | 12/2/08 | X | X | UK medical records re David Pennington |
| 216 | | 12/2/08 | X | X | UK medical records re Charles Sanborn |
| 234 | | 12/2/08 | X | X | UK medical records re Charles K. Sanborn |
| 245 | | 12/2/08 | X | X | UK medical records re Randall Sizemore |
| 264 | | 12/2/08 | X | X | UK medical records re Randall Sizemore |
| 268 | | 12/2/08 | X | X | UK medical records re Joshua Stacy |
| 281 | | 12/2/08 | X | X | UK medical records re Joshua C. Stacy |
| 366-7 | | 12/2/08 | X | X | UK medical records re Randall Sizemore |
| 366-9 | | 12/2/08 | X | X | UK medical records re Joshua Stacy |
| 366-20 | | 12/2/08 | X | X | UK medical records re David House |
| 366-24 | | 12/2/08 | X | X | UK medical records re Sammy Joe Faris |
| 366-25 | | 12/2/08 | X | X | UK medical records re Steven Taylor |
| 366-25 | | 12/2/08 | X | X | UK medical records re Jason Engle |
| W11 | | 12/3/08 | | | **JAMES D. WRIGHT, PE** |
| 423-1 | | 12/3/08 | X | X | Photograph of Freezer Penthouse Isometric - Air Flow and Piping |
| 423-2 | | 12/3/08 | X | X | Trip Calculation |
| | UDX 2 | 12/3/08 | X | | **DEMONSTRATIVE EXHIBIT**: Video of freezer |
| Wright 1 | | 12/3/08 | X | X | **DEMONSTRATIVE EXHIBIT**: Wright Daubert Ex.1: Pg from 2006 ASHRE Handbook - Refrigeration |

**EXHIBIT AND WITNESS LIST – CONTINUATION**

✎AO 187A (Rev. 7/87)

| WILLIAM HARRIS ASHER, ET AL | | | | vs. | UNARCO MATERIAL HANDLING, INC. | CASE NO. 6:06-CV-548-ART |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| **W12** | | 12/3/08 | | | **JAMES G. RICE, Ph.D.** |
| Rice 1 | | 12/3/08 | X | | **DEMONSTRATIVE EXHIBIT:** Chart of CO Concentration Level |
| 422-1 | | 12/3/08 | X | X | Curriculum Vitae of James G. Rice, Ph.D. |
| **W13** | | 12/3/08 | | | **FRED SCHMITT, Ph.D.** |
| 470-1 | | 12/3/08 | X | X | Neurocognitive Diagnostic Evaluation Report re Joshua Stacy |
| | UDX 068 | 12/3/08 | X | X | Stacy - Draft report prepared by Dr. Schmitt re Mr. Stacy's evaluation |
| 470-2 | | 12/3/08 | X | X | Neurocognitive Diagnostic Evaluation Report re David Pennington |
| 470-3 | | 12/3/08 | X | X | Neurocognitive Diagnostic Evaluation Report re Denver Pennington |
| 470-4 | | 12/3/08 | X | X | Neurocognitive Diagnostic Evaluation Report re Tim Marcum |
| 470-7 | | 12/3/08 | X | X | Neurocognitive Diagnostic Evaluation Report re William Asher |
| 470-5 | | 12/3/08 | X | X | Neurocognitive Diagnostic Evaluation Report re David House |
| 470-6 | | 12/3/08 | X | X | Neurocognitive Diagnostic Evaluation Report re Charles Sanborn |
| | UDX 228 | 12/3/08 | X | | Minnesota Multiphasic Personality Inventory Manual |
| | UDX 0736 | 12/3/08 | X | | Group of records re David House |
| **W14** | | 12/4/08 | | | **STEPHEN THOM, M.D.** |
| Wells 63-1 | | 12/4/08 | X | X | Curriculum Vitae of Stephen Thom, M.D. |
| **W15** | | 12/4/08 | | | **JEFF AKERS** |
| | UDX 25 | 12/4/08 | X | X | Email dated 1/11/2006 from Mike Giles to Jeff Akers re Freezer Investigation Recap |
| **W16** | | 12/4/08 | | | **TARVEZ TUCKER, M.D.** |
| 367-1 | | 12/4/08 | X | X | Curriculum Vitae of Tarvez Tucker, M.D. |
| 250 | | 12/4/08 | X | X | Report re Randall Sizemore |
| 299 | | 12/4/08 | X | X | Report re Steven Taylor |
| 198 | | 12/4/08 | X | X | Report re David Pennington |
| 222 | | 12/4/08 | X | X | Report re Charles Sanborn |
| Wells 46 | | 12/4/08 | X | X | Posturography Report |
| 274 | | 12/4/08 | X | X | Report re Joshua Stacy |
| 138 | | 12/4/08 | X | X | Report re Timothy Marcum |

AO 187A (Rev. 7/87)                **EXHIBIT AND WITNESS LIST – CONTINUATION**

| WILLIAM HARRIS ASHER, ET AL | vs. | UNARCO MATERIAL HANDLING, INC. | CASE NO. 6:06-CV-548-ART |
| --- | --- | --- | --- |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| --- | --- | --- | --- | --- | --- |
| 167 | | 12/4/08 | X | X | Reports re Joshua Mills |
| 3 | | 12/4/08 | X | X | Report re William Asher |
| | UDX 63 | 12/4/08 | X | X | House 0069-0070 -Fax from Don Russo's office to Dr. Tucker |
| W17 | | 12/5/08 | | | **STAN BUSHRE** |
| 364-1 | | 12/5/08 | X | X | Contractors Agreement between Wal-Mart and Unarco Material Handling, Inc. |
| | UDX 219 | 12/5/08 | X | X | Diagram of Typical Slope Leg Install for Uprights That Are Tied Back to Back Only |
| | UDX 241 | 12/5/08 | X | | 2007 Pallet Rack Instructions |
| | UDX 197 | 12/5/08 | X | | **DEMONSTRATIVE EXHIBIT:** Video of Rack Repair Kit Installation |
| | UDX 220 | 12/5/08 | X | X | Exemplar Play Book for rack repair kit installation |
| | UDX 221 | 12/5/08 | X | X | Illustrations of rack repair kit installation |
| | UDX 202 | 12/5/08 | X | X | Purchase Order to Atlas for Wal-Mart work |
| | UDX 203 | 12/5/08 | X | X | Atlas Purchase Order |
| | UDX 204 | 12/5/08 | X | X | Atlas Purchase Order |
| | UDX 205 | 12/5/08 | X | X | Atlas Purchase Order |
| | UDX 206 | 12/5/08 | X | X | Atlas Purchase Order |
| | UDX 207 | 12/5/08 | X | X | Atlas Purchase Order |
| | UDX 208 | 12/5/08 | X | X | Atlas Purchase Order |
| | UDX 209 | 12/5/08 | X | X | Atlas Purchase Order |
| | UDX 210 | 12/5/08 | X | X | Atlas Purchase Order |
| | UDX 211 | 12/5/08 | X | X | Atlas Purchase Order |
| | UDX 212 | 12/5/08 | X | X | Atlas Purchase Order |
| | UDX 213 | 12/5/08 | X | X | Atlas Purchase Order |
| | UDX 214 | 12/5/08 | X | X | Atlas Purchase Order |
| | UDX 215 | 12/5/08 | X | X | Atlas Purchase Order |
| | UDX 216 | 12/5/08 | X | X | Atlas Purchase Order |
| | UDX 217 | 12/5/08 | X | X | Atlas Purchase Order |
| | UDX 218 | 12/5/08 | X | X | Atlas Purchase Order |

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| WILLIAM HARRIS ASHER, ET AL | | vs. | UNARCO MATERIAL HANDLING, INC. | | CASE NO.<br>6:06-CV-548-ART | |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | UDX 225 | 12/5/08 | X | X | Summary of the purchase orders (Exhibits 202-218) |
| | UDX 222 | 12/5/08 | X | X | Brochure prepared by Atlas and sent to Unarco re safety |
| | UDX 194 | 12/5/08 | X | X | Summarized quote of options provided to Wal-Mart |
| | UDX 52 | 12/5/08 | X | X | Wal-Mart Purchase Order for Re-Racking |
| | UDX 32 | 12/5/08 | X | X | Package of information |
| | UDX 2 | 12/5/08 | X | X | Proposal and Subcontract |
| | UDX 10 | 12/5/08 | X | X | Project Completion Sign-Off Sheet |
| | UDX 33 | 12/5/08 | X | X | Memo to Stan Bushre from Dave Onorato dated 12/28/2005 |
| **W18** | | 12/5/08 | | | **SAMMY FARIS** |
| 84 | | 12/5/08 | X | X | South Laurel High School records |
| 78 | | 12/5/08 | X | X | Income Tax Returns (Redacted) |
| 95 | | 12/5/08 | X | X | Medical bills for Sammy Faris |
| 85 | | 12/5/08 | X | X | Wal-Mart Attendance Records |
| | UDX 96(3-2) | 12/5/08 | X | X | UK medical record re Sammy Faris |
| | UDX 183(3-4) | 12/5/08 | X | X | Collective Exhibit: Associate Evaluation forms from Wal-Mart |
| | UDX 96(2) | 12/5/08 | X | X | Dr. Park office notes |
| | UDX 242 | 12/5/08 | X | X | Sammy Faris Journal |
| | UDX 243 | 12/5/08 | X | X | 2005 & 2006 W-2 Forms (Redacted) |
| WELLS W1 | | 12/8/08 | | | **MELISSA WILSON** |
| WELLS 47 | | 12/8/08 | X | X | Cardinal Hill medical records (Redacted) |
| **W19** | | 12/8/08 | | | **SHERYL DYE** |
| **W20** | | 12/8/08 | | | **DEBORAH FARIS** |
| **W21** | | 12/8/08 | | | **JASON ENGLE** |
| 59 | | 12/8/08 | X | X | Income Tax Returns (Redacted) |
| 77 | | 12/8/08 | X | X | Medical bills for Jason Engle |
| 63 | | 12/8/08 | X | X | Report from Dr. Tucker regarding MRI results |
| | UDX 143 | 12/8/08 | X | X | Wal-Mart Associate Evaluation Forms |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| WILLIAM HARRIS ASHER, ET AL | vs. | UNARCO MATERIAL HANDLING, INC. | CASE NO. 6:06-CV-548-ART |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | UDX 45 | 12/8/08 | X | X | Jason Engle's Handwritten Wal-Mart Statement |
| | UDX 95 | 12/8/08 | X | | 3-16-2006 Letter/Report from Dr. Sidney Houf to Dr. Syed Hasni |
| **W22** | | 12/8/08 | | | **YVETTE ENGLE** |
| 470A | | 12/8/08 | X | X | Neurocognitive Diagnostic Evaluation Report re Jason Engle |
| **W23** | | 12/8/08 | | | **CHARLES SANBORN** |
| 238 | | 12/8/08 | X | X | Medical bills for Charles Sanborn |
| 221 | | 12/8/08 | X | | MRI and EEG Reports |
| 215 | | 12/8/08 | X | X | Charles Sanborn's High School Diploma |
| | UDX 189A | 12/8/08 | X | X | Wal-Mart Associate Evaluation Forms |
| | UDX 102(4) | 12/8/08 | X | | Page 18 of Ex. 102(4): 1-5-2006 office record of Family Healthcare Associates of Barbourville |
| | UDX 102(10) | 12/8/08 | X | | Medical record from Dr. Tuttle |
| | UDX 102(2) | 12/8/08 | X | | Office note from Dr. Charles Stargel |
| | UDX 102(1) | 12/8/08 | X | | Record of Baptist Regional Medical Center |
| | UDX 102(8) | 12/8/08 | X | | Record of Dr. Bayo |
| | UDX 102(4) | 12/8/08 | X | | Page 5 of Ex.102(4): Dr. Berger's report |
| 214 | | 12/8/08 | X | X | Income Tax Returns (Redacted) |
| **W24** | | 12/8/08 | | | **TAMARA SANBORN** |
| **W25** | | 12/8/08 | | | **CHRIS CAUDILL** |
| 23 | | 12/8/08 | X | X | UK medical report re MRI of Chris Caudill |
| 24 | | 12/8/08 | X | X | UK medical report re EEG of Chris Caudill |
| 470B | | 12/8/08 | X | X | Neurocognitive Diagnostic Evaluation Report re Chris Caudill |
| 14 | | 12/8/08 | X | X | North Laurel High School records |
| 11 | | 12/8/08 | X | X | Income Tax Returns (Redacted) |
| 25 | | 12/8/08 | X | X | Medical bills for Chris Caudill |
| | UDX 92(5) | 12/8/08 | X | | Medical records from Dr. Khan |
| | UDX 92(4) | 12/8/08 | X | | Medical record for initial visit at UK w/ Dr. Berger |
| | UDX 179(3) | 12/8/08 | X | X | Punch clock records from Wal-Mart |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| WILLIAM HARRIS ASHER, ET AL | | vs. | | UNARCO MATERIAL HANDLING, INC. | CASE NO. 6:06-CV-548-ART |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | UDX 179(5) ) | 12/8/08 | X | X | Wal-Mart Associate Evaluation Forms for Chris Caudill |
| | UDX 92(3) | 12/8/08 | X | | Medical records |
| **W26** | | 12/9/08 | | | **FELICIA CAUDILL** |
| **W27** | | 12/9/08 | | | **DENVER PENNINGTON** |
| 211 | | 12/9/08 | X | X | MRI Report |
| 212 | | 12/9/08 | X | X | EEG Report |
| 208 | | 12/9/08 | X | X | Medical Bills for Denver Pennington |
| | UDX 149-1 | 12/9/08 | X | X | Punch clock records from Wal-Mart for Denver Pennington |
| | UDX 142(2) | 12/9/08 | X | X | Collective Exhibit: Wal-Mart Associate Evaluation Forms for Denver Pennington |
| | UDX 188-6 | 12/9/08 | X | X | Collective Exhibit: Commendations from Wal-Mart |
| | UDX 101(1) | 12/9/08 | X | | Dr. Maxey medical records |
| | UDX 188(11) | 12/9/08 | X | X | Request for Leave of Absence by Dr. Maxey |
| | UDX 244 | 12/9/08 | X | | Dr. Berger medical record dated April 11, 2008 |
| Wells W2 | | 12/9/08 | | | **BRANDI WILSON COOMER** |
| | UDX 245 | 12/9/08 | X | | Greg Wells' Transcript of Academic Record |
| Wells W3 | | 12/9/08 | | | **TERESA HINKLE** |
| Wells 25 | | 12/9/08 | X | X | Handwritten Tutoring Contracts |
| **W28** | | 12/9/08 | | | **SHADE DEATON** |
| 37 | | 12/9/08 | X | X | MRI Report for Shade Deaton |
| 38 | | 12/9/08 | X | X | EEG Report for Shade Deaton |
| 470-C | | 12/9/08 | X | X | Neurocognitive Diagnostic Evaluation Report re Shade Deaton |
| 27 | | 12/9/08 | X | X | Income Tax Returns |
| 40 | | 12/9/08 | X | X | Medical Bills for Shade Deaton |
| 28 | | 12/9/08 | X | X | Shade Deaton's High School Diploma |
| | UDX 93(1) | 12/9/08 | X | X | Medical record from Dr. Abordo |
| | UDX 141 | 12/9/08 | X | X | Wal-Mart Associate Evaluation Forms for Shade Deaton |
| | UDX 045 | 12/9/08 | X | X | Shade Deaton's Handwritten Wal-Mart Statement |

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| WILLIAM HARRIS ASHER, ET AL | vs. | UNARCO MATERIAL HANDLING, INC. | CASE NO. 6:06-CV-548-ART |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| UDX 93A | | 12/9/08 | X | X | Report from Dr. Berger dated 6/22/2006 (Introduced & Admitted by Plffs w/ Dft's Ex. No.) |
| UDX 93B | | 12/9/08 | X | X | Report from Dr. Tucker dated 9/12/2006 (Introduced & Admitted by Plffs w/ Dft's Ex. No.) |
| UDX 063 | | 12/9/08 | X | X | Report from Dr. Abordo dated 3/15/2006 (Introduced & Admitted by Plffs w/ Dft's Ex. No.) |
| Wells W4 | | 12/9/08 | | | **DR. BARBARA BELEW** |
| Wells 48 | | 12/9/08 | X | X | Records from Psychology Center of the Cumberlands re Greg & Sherri Wells |
| 22 | | 12/9/08 | X | X | Records from Psychology Center of the Cumberlands re Chris Caudill |
| 93-1 | | 12/9/08 | X | X | Records from Psychology Center of the Cumberlands re Sammy Faris |
| 109 | | 12/9/08 | X | X | Records from Psychology Center of the Cumberlands re David House |
| 253 | | 12/9/08 | X | X | Records from Psychology Center of the Cumberlands re Randall Sizemore |
| 290 | | 12/9/08 | X | X | Records from Psychology Center of the Cumberlands re Chris Taylor |
| | UDX 61(1) | 12/9/08 | X | | Records from Psychology Center of the Cumberlands re Chris Caudill (Same as Plffs' Ex. 22) |
| | UDX 61(7) | 12/9/08 | X | X | Records from Psychology Center of the Cumberlands re Tamara Sanborn |
| | UDX 61(2) | 12/9/08 | X | X | Records from Psychology Center of the Cumberlands re Randall Sizemore (Same as Plffs' Ex 253) |
| W29 | | 12/9/08 | | | **CHRIS TAYLOR** |
| 470D | | 12/9/08 | X | X | Neurocognitive Diagnostic Evaluation Report re Chris Caudill |
| 305 | | 12/9/08 | X | X | MRI Report |
| 306 | | 12/9/08 | X | X | EEG Report |
| 307 | | 12/9/08 | X | X | Medical Bills for Chris Caudill |
| 288 | | 12/9/08 | X | X | Medical record re office visit w/ Dr. Hasni |
| 293 | | 12/9/08 | X | X | Set of medical records from Dr. Tucker, Dr. Berger, Dr. Houf and billing |
| 284 | | 12/9/08 | X | X | Income Tax Returns for 2002 and 2007 |
| | UDX 246 | 12/9/08 | X | X | Chris Taylor's Handwritten Wal-Mart Statement |
| | UDX 153 | 12/9/08 | X | X | Wal-Mart Associate Evaluation Forms |
| W30 | | 12/9/08 | | | **ANDREA TAYLOR** |
| Wells W5 | | 12/10/08 | | | **CHARLIE YONTS** |
| Wells 50 | | 12/10/08 | X | X | Composite of records for Greg Wells |
| Wells W6 | | 12/10/08 | | | **GREG WELLS** |

✎AO 187A (Rev. 7/87)          **EXHIBIT AND WITNESS LIST – CONTINUATION**

| WILLIAM HARRIS ASHER, ET AL | | | | vs. | UNARCO MATERIAL HANDLING, INC. | CASE NO. 6:06-CV-548-ART |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| Wells 8-1 | | 12/10/08 | X | X | Commendation Awards from U.S. Marine Corps for Greg Wells |
| Wells 8 | | 12/10/08 | X | X | Certificate of Release or Discharge from Active Duty records |
| Wells 39-1 | | 12/10/08 | X | X | Marymount Medical Center medical records |
| Wells 40 | | 12/10/08 | X | X | Parkway Medical Associates - Dr. Maxey medical records |
| Wells 41 | | 12/10/08 | X | X | Dr. William Lester medical records |
| Wells 14 | | 12/10/08 | X | X | Letters to OSHA and Wal-Mart Workers of America written by Greg Wells |
| Wells 12 | UDX 248 | 12/10/08 | X | X | JOINT EXHIBIT: Handwritten Wal-Mart Associate Statement by Greg Wells |
| Wells 64 | | 12/10/08 | X | | **DEMONSTRATIVE EXHIBIT**: Timeline of Donald Greg Wells Medical Treatment |
| Wells 60 | | 12/10/08 | X | | **DEMONSTRATIVE EXHIBIT**: List of Greg Wells' current medications |
| Wells 11 | | 12/10/08 | X | X | Production Records |
| Wells 10 | | 12/10/08 | X | | **DEMONSTRATIVE EXHIBIT:** Chart showing production levels |
| Wells 30 | | 12/10/08 | X | X | Leave of absence forms |
| Wells 20 | | 12/10/08 | X | | **DEMONSTRATIVE EXHIBIT:** Summary of missed days and lost wages |
| Wells 24 | | 12/10/08 | X | X | Income Tax Returns for Greg and Sherri Wells |
| Wells 59 | | 12/10/08 | X | | Greg Wells' Headache Journal |
| Wells 9 | | 12/10/08 | X | X | Collective Exhibit: Correspondence from the Ky State Police to Greg Wells re application process |
| Wells 28 | | 12/10/08 | X | X | Greg Wells' Transcript of Academic Record |
| Wells 27 | | 12/10/08 | X | X | Diplomas |
| Wells 52 | | 12/10/08 | X | X | Medical Bills for Greg Wells |
| | UDX 247 | 12/10/08 | X | X | U.S. Marine Corps medical records |
| **Wells W7** | | 12/10/08 | | | **SHERRI WELLS** |
| Wells 7 | | 12/10/08 | X | X | Photographs of the Wells family |
| **W31** | | 12/10/08 | | | **TAMMY FINLEY** |
| **W32** | | 12/10/08 | | | **WILLIAM ASHER** |
| 4 | | 12/10/08 | X | X | Report of Sidney Houf, Authorization for Release of Medical Info., and 2 bills |
| 5 | | 12/10/08 | X | X | Billing for MRI's and other medical services |
| 10 | | 12/10/08 | X | X | EEG Report |

✎AO 187A (Rev. 7/87)   **EXHIBIT AND WITNESS LIST – CONTINUATION**

| WILLIAM HARRIS ASHER, ET AL | | vs. | UNARCO MATERIAL HANDLING, INC. | | CASE NO.<br>6:06-CV-548-ART |
|---|---|---|---|---|---|

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | UDX<br>139(5) | 12/10/08 | X | X | Punch clock records for William Asher |
| | UDX<br>139(1) | 12/10/08 | X | X | Wal-Mart Associate Evaluation Forms |
| | UDX<br>178(9) | 12/10/08 | X | X | Evaluation for productivity |
| | UDX<br>178(3) | 12/10/08 | X | X | Journal for William Asher |
| **W33** | | 12/15/08 | | | **MARTHA WETTER, Ph.D.** |
| 477 | | 12/15/08 | X | | Note on documentation from Dr. Granacher |
| 469 | | 12/15/08 | X | X | Neuropsychological Assessment Summary on William Asher |
| 469-1 | | 12/15/08 | X | X | Neuropsychological Assessment Summary on Chris Caudill |
| 469-2 | | 12/15/08 | X | X | Neuropsychological Assessment Summary on Shade Deaton |
| 469-3 | | 12/15/08 | X | X | Neuropsychological Assessment Summary on Toney Dye |
| 469-4 | | 12/15/08 | X | X | Neuropsychological Assessment Summary on Jason Engle |
| 469-5 | | 12/15/08 | X | X | Neuropsychological Assessment Summary on Sammy Faris |
| 469-6 | | 12/15/08 | X | X | Neuropsychological Assessment Summary on David House |
| 469-7 | | 12/15/08 | X | X | Neuropsychological Assessment Summary on Timothy Marcum |
| 469-8 | | 12/15/08 | X | X | Neuropsychological Assessment Summary on Joshua Mills |
| 469-9 | | 12/15/08 | X | X | Neuropsychological Assessment Summary on David Pennington |
| 469-10 | | 12/15/08 | X | X | Neuropsychological Assessment Summary on Denver Pennington |
| 469-11 | | 12/15/08 | X | X | Neuropsychological Assessment Summary on Charles Sanborn |
| 469-12 | | 12/15/08 | X | X | Neuropsychological Assessment Summary on Randall Sizemore |
| 469-13 | | 12/15/08 | X | X | Neuropsychological Assessment Summary on Joshua Stacy |
| 469-14 | | 12/15/08 | X | X | Neuropsychological Assessment Summary on Steven Taylor |
| Wells<br>53 | | 12/15/08 | X | X | Neuropsychological Assessment Summary on Donald Greg Wells |
| | UDX<br>249 | 12/15/08 | X | X | Curriculum Vitae of Dr. Wetter |
| | UDX<br>250 | 12/15/08 | X | | **DEMONSTRATIVE EXHIBIT:** Chart prepared by Dr. Wetter re neuropsychological test scores |
| **W34** | | 12/15/08 | | | **WILLIE ISLAS (via video deposition)** |
| | UDX<br>251 | 12/15/08 | X | X | JOINT EXHIBIT: Islas Wal-Mart Badge |
| | UDX<br>252 | 12/15/08 | X | X | JOINT EXHIBIT: Islas Wal-Mart/Atlas Contractor Badge |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| WILLIAM HARRIS ASHER, ET AL | | | vs. | UNARCO MATERIAL HANDLING, INC. | CASE NO. 6:06-CV-548-ART |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | UDX 253 | 12/15/08 | X | X | JOINT EXHIBIT: Islas K-Mart Contractor Badge |
| | UDX 254 | 12/15/08 | X | X | JOINT EXHIBIT: Islas K-Mart Contractor Badge (2) |
| | UDX 255 | 12/15/08 | X | X | JOINT EXHIBIT: Islas SLS Inc. Badge |
| | UDX 256 | 12/15/08 | X | X | JOINT EXHIBIT: Islas 08/09/06 Incident Report |
| | UDX 257 | 12/15/08 | X | X | JOINT EXHIBIT: Islas 12/12/05 Job Completion Memo |
| | UDX 258 | 12/15/08 | X | X | JOINT EXHIBIT: Islas Contractors Hot Work Information and Responsibilities |
| | UDX 259 | 12/15/08 | X | X | JOINT EXHIBIT: Islas Contractor Safety Orientation Record |
| | UDX 260 | 12/15/08 | X | X | JOINT EXHIBIT: Islas Contractor Safety Training Matrix |
| | UDX 261 | 12/15/08 | X | X | JOINT EXHIBIT: Contractor Safety Meeting Record |
| | UDX 262 | 12/15/08 | X | X | JOINT EXHIBIT: Islas Daily Safety Meeting Record |
| | UDX 263 | 12/15/08 | X | X | JOINT EXHIBIT: Islas 11/29/05 Contractor Safety Training Matrix |
| W35 | | 12/16/08 | | | **CHARLES GUINTHER (via designation of deposition read into record)** |
| Wells W8 | | 12/16/08 | | | **JASON HENTHORN (via designation of deposition read into record)** |
| | W1 | 12/16/08 | | | **BARRY GORDON, MD, PhD** |
| | UDX 264 | 12/16/08 | X | X | Curriculum Vitae of Dr. Barry Gordon |
| | UDX 122 | 12/16/08 | X | | Copy of Dr. Gordon's report regarding Greg Wells |
| Wells 59 | | 12/16/08 | X | | Headache Journal for Greg Wells |
| | W2 | 12/16/08 | | | **JIM MURPHY (via video deposition)** |
| | W3 | 12/16/08 | | | **DAVE ONORATO (via video deposition)** |
| Wells 61 | | 12/17/08 | X | | **DEMONSTRATIVE EXHIBIT:** Mortality Tables |
| | W4 | 12/17/08 | | | **ROBERT P. GRANACHER, JR., MD** |
| | UDX 265 | 12/17/08 | X | X | Resume of Dr. Granacher |
| | UDX 266 | 12/17/08 | X | | Report prepared by Dr. Granacher regarding Greg Wells |
| | W5 | 12/17/08 | | | **CHRIS RANDALL (via video deposition)** |
| | W6 | 12/17/08 | | | **EDWARD CETARUK, MD** |
| | UDX 267 | 12/17/08 | X | X | Curriculum Vitae of Dr. Cetaruk |
| | | | | | |